

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01090-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE FLORES-DE LA CRUZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 5, 2021 at the hour of 4:00 p.m., be vacated and continued to May 24, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __31__ day of March 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3